BARTHOLOMEW et al. v. UNION PAPER & BAG CO.

(Circuit Court of Appeals, Seventh Circuit. January 21, 1902.)

APPEAL—REVIEW—ORDER GRANTING PRELIMINARY INJUNCTION.
   An interlocutory order granting a preliminary injunction is largely discretionary, and will not be reversed on appeal unless it appears to have been improvidently entered.

Appeal from the Circuit Court of the United States for the Northern Division of the Northern District of Illinois.

Thomas A. Banning, for appellants.
Charles K. Offield, for appellee.

Before JENKINS and GROSSCUP, Circuit Judges, and BUNN, District Judge.

PER CURIAM. This case is before us on an appeal from an interlocutory order restraining the appellants from selling, disposing of, or in any way incumbering a certain patent application filed by them in the patent office in January, 1901, and from issuing, or causing to be issued, a patent on such application, and from entering into any contracts or agreements or taking any steps which will jeopardize appellee's interests in certain inventions embodied in a contract entered into between the parties August 27, 1900, or in any improve-

'ments upon such inventions. It is enough now to say that appellants have failed to show that the provisional order was improvidently entered; and, inasmuch as the case will probably be before us again on its final hearing, no further reasons for our judgment need be given.

The decree is affirmed.